United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kaitlyn Gabos, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-6527 |
| | § | |
| Todd Blanche, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER**

Pursuant to the Parties' Joint Stipulation of Dismissal filed on November 17, 2026, the above referenced case is hereby dismissed with prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 17 day of November, 2026.

David Hittner
DAVID HITTNER
United States District Judge